439 F.2d 696
 D. T. SOLOMON, Plaintiff-Appellee,
v.
SOUTHERN PACIFIC COMPANY, Defendant-Cross
Plaintiff-Appellant-Cross Appellee, Phillips Petroleum
Company, Phillips Products, Inc., and Coastal Resin Company,
Defendants-Cross Defendants-Appellees-Cross Appellants.
 No. 30225.
 United States Court of Appeals, Fifth Circuit.
 March 17, 1971.
 
 Larry F. York, Houston, Tex., for Southern Pacific Co.; Baker, Botts, Shepherd & Coates, Houston, Tex., of counsel.
 E. H. Brown, Eugene C. Marshall, Houston, Tex., for Phillips Petroleum Co. and others; Wm. J. Zeman, Lloyd G. Minter, Bartlesville, Okl., of counsel.
 Robert J. Foreman, Dallas, Tex., for D. T. Solomon.
 Appeals from the United States District Court for the Southern District of Texas; John V. Singleton, Jr., District Judge.
 Before GEWIN, BELL and ALDISERT,* Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Of the Third Circuit, sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)